```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND
```

NOVACARE HOLDINGS, INC., etc.   *
                                *
        v.                      *   Civil No. S-00-1873
                                *
D&H HEALTHCARE OF MARYLAND,     *
INC., etc.                      *****

## ORDER

Plaintiff having failed to serve the summons and complaint upon defendant, named above, within 120 days after the filing of the complaint, it is, this 5 day of January 2001,

ORDERED that plaintiff show good cause within 14 days of the date of this order why the complaint should not be dismissed as to above named defendant, pursuant to Civ.P. 4(m) and Local Rule 103.8.a.

Frederic N. Smalkin,
U.S. District Judge

